UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

BAE Systems Information and Electronic Systems Integration, Inc.

v.  Civil No. 10-cv-370-LM

SpaceKey Components, Inc., et al.

O R D E R

On May 15, 2011, plaintiff filed a Motion for Leave to file a Second Amended Complaint. On May 31, 2011, defendant objected to plaintiff's motion, and also on May 31, 2011, plaintiff filed a Notice of Intent to Reply.  Plaintiff's Reply, Document #24, was filed on June 17, 2011.

Pursuant to LR 7.1(e)(2), an objection or opposition to a nondispositive motion shall not be permitted without prior leave of court.  As no motion for leave to file a reply has been granted, Document #24, is herewith ordered stricken from the docket.

SO ORDERED.


June 21, 2011  **/s/ Landya B. McCafferty**
Landya B. McCafferty
United States Magistrate Judge


cc:   Jonathan M. Shirley, Esq.
      Joshua M. Wyatt, Esq.
      Daniel E. Will, Esq.
      Jeffrey C. Spear, Esq.
      Martha Van Oot, Esq.