UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BAE SYSTEMS INFORMATION AND ELECTRONICS SYSTEMS INTEGRATION INC.<br><br>     Plaintiff,<br><br>v.<br><br>SPACEKEY COMPONENTS, INC.<br><br>     Defendant. | Civil Action No. 10-CV-370-LM |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that plaintiff BAE Systems Information And Electronics Systems Integration Inc. has conventionally filed the following:

  1.  Memorandum of Law In Support of Plaintiff's Motion for Summary Judgment On Defendant's Counterclaims At Counts Three and Four.

Respectfully submitted,

**BAE SYSTEMS INFORMATION AND ELECTRONICS SYSTEMS INTEGRATION INC.**

By its attorneys,

**DEVINE, MILLIMET & BRANCH, P.A.**

Dated: July 1, 2011      /s/ Jonathan M. Shirley
Daniel E. Will, Esq. (Bar No. 12176)
Jonathan M. Shirley, Esq. (Bar No. 16494)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Conventional Filing was filed this day served via the Court's Electronic Case Filing system, and served upon counsel for the above-named Defendant via that system.

/s/ Jonathan M. Shirley
Jonathan M. Shirley