EXHIBIT A

PRODUCTS AND PRICES

| Part Number | Description | Level | Sales Price 25 - 99 | 100 - 199 | 200 - 299 | 300 - 399 | 400 - 499 | 500 - 999 | 1000+ |
|---|---|---|---|---|---|---|---|---|---|
| | **BAE SYTEMS Product List** | | | | | | | | |
| | Excerpt from March 2004 Catalog of Prices | | | | | | | | |
| 251A136-112 | 512Kx8 SRAM, 15ns | Prototype | $1,699 | $1,699 | $1,699 | $1,699 | $1,699 | $1,699 | $1,457 |
| 251A136-113 | 512Kx8 SRAM, 15ns | Engineering | $1,602 | $1,602 | $1,602 | $1,602 | $1,602 | $1,602 | $1,361 |
| 251A136-117 | 512Kx8 SRAM, 15ns | T+ (V Flow) | $3,919 | $3,674 | $3,429 | $3,184 | $2,939 | $2,694 | $2,449 |
| 251A136-119 | 512Kx8 SRAM, 15ns | T (Q Flow) | $3,796 | $3,551 | $3,306 | $3,062 | $2,817 | $2,572 | $2,327 |
| 251A136-122 | 512Kx8 SRAM, 17ns | Prototype | $1,689 | $1,689 | $1,689 | $1,689 | $1,689 | $1,689 | $1,448 |
| 251A136-123 | 512Kx8 SRAM, 17ns | Engineering | $1,593 | $1,593 | $1,593 | $1,593 | $1,593 | $1,593 | $1,351 |
| 251A136-127 | 512Kx8 SRAM, 17ns | T+ (V Flow) | $3,674 | $3,429 | $3,184 | $2,939 | $2,694 | $2,449 | $2,204 |
| 251A136-129 | 512Kx8 SRAM, 17ns | T (Q Flow) | $3,551 | $3,306 | $3,062 | $2,817 | $2,572 | $2,327 | $2,082 |
| 251A172-412 | 512Kx32 SRAM, 15ns | Prototype | $4,066 | $4,066 | $4,066 | $4,066 | $4,066 | $4,066 | $3,564 |
| 251A172-413 | 512Kx32 SRAM, 15ns | Engineering | $3,669 | $3,669 | $3,669 | $3,669 | $3,669 | $3,669 | $3,187 |
| 251A172-417 | 512Kx32 SRAM, 15ns | T+ (V Flow) | $8,863 | $8,309 | $7,755 | $7,201 | $6,647 | $6,093 | $5,539 |
| 251A172-419 | 512Kx32 SRAM, 15ns | T (Q Flow) | $8,586 | $8,032 | $7,478 | $6,924 | $6,370 | $5,816 | $5,262 |
| 251A172-422 | 512Kx32 SRAM, 17ns | Prototype | $4,016 | $4,016 | $4,016 | $4,016 | $4,016 | $4,016 | $3,514 |
| 251A172-423 | 512Kx32 SRAM, 17ns | Engineering | $3,621 | $3,621 | $3,621 | $3,621 | $3,621 | $3,621 | $3,138 |
| 251A172-427 | 512Kx32 SRAM, 17ns | T+ (V Flow) | $8,309 | $7,755 | $7,201 | $6,647 | $6,093 | $5,539 | $4,985 |
| 251A172-429 | 512Kx32 SRAM, 17ns | T (Q Flow) | $8,032 | $7,478 | $6,924 | $6,370 | $5,816 | $5,262 | $4,708 |
| 261A137-512 | 512Kx40 SRAM, 15ns | Prototype | $4,624 | $4,624 | $4,624 | $4,624 | $4,624 | $4,624 | $4,033 |
| 251A137-513 | 512Kx40 SRAM, 15ns | Engineering | $4,296 | $4,296 | $4,296 | $4,296 | $4,296 | $4,296 | $3,968 |
| 251A137-517 | 512Kx40 SRAM, 15ns | T+ (V Flow) | $9,917 | $9,209 | $8,501 | $7,792 | $7,084 | $6,375 | $6,021 |
| 251A137-519 | 512Kx40 SRAM, 15ns | T (Q Flow) | $9,563 | $8,855 | $8,146 | $7,438 | $6,730 | $6,021 | $5,667 |
| 251A137-522 | 512Kx40 SRAM, 17ns | Prototype | $4,592 | $4,592 | $4,592 | $4,592 | $4,592 | $4,592 | $4,000 |
| 251A137-523 | 512Kx40 SRAM, 17ns | Engineenng | $4,264 | $4,264 | $4,264 | $4,264 | $4,264 | $4,264 | $3,936 |
| 251A137-527 | 512Kx40 SRAM, 17ns | T+ (V Flow) | $9,209 | $8,501 | $7,792 | $7,084 | $6,375 | $6,021 | $5,667 |
| 251A137-529 | 512Kx40 SRAM, 17ns | T (Q Flow) | $8,855 | $8,146 | $7,438 | $6,730 | $6,021 | $5,667 | $5,313 |
| 251A625-152 | 512Kx8 SRAM, 55ns | Prototype | $1,510 | $1,510 | $1,510 | $1,510 | $1,510 | $1,510 | $1,399 |
| 251A625-153 | 512Kx8 SRAM, 55ns | Engineering | $1,454 | $1,454 | $1,454 | $1,454 | $1,454 | $1,454 | $1,343 |
| 251A625-157 | 512Kx8 SRAM, 55ns | T+ (V Flow) | $2,465 | $2,397 | $2,328 | $2,260 | $2,191 | $2,123 | $2,055 |
| 251A625-159 | 512Kx8 SRAM, 55ns | T (Q Flow) | $2,328 | $2,260 | $2,191 | $2,123 | $2,055 | $1,986 | $1,781 |
| 229A305-252 | 512Kx16 SRAM, 55ns | Prototype | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,052 |
| 229A305-253 | 512Kx16 SRAM, 55ns | Engineering | $2,133 | $2,133 | $2,133 | $2,133 | $2,133 | $2,133 | $1,889 |
| 229A305-257 | 512Kx16 SRAM, 55ns | T+ (V Flow) | $4,159 | $3,970 | $3,781 | $3,592 | $3,403 | $3,214 | $3,025 |
| 229A305-259 | 512Kx16 SRAM, 55ns | T (Q Flow) | $3,970 | $3,781 | $3,592 | $3,403 | $3,214 | $3,025 | $2,836 |
| 229A305-452 | 1Mx16 SRAM, 55ns | Prototype | $3,789 | $3,789 | $3,789 | $3,789 | $3,789 | $3,789 | $3,520 |
| 229A305-453 | 1Mx16 SRAM, 55ns | Engineering | $3,613 | $3,613 | $3,613 | $3,613 | $3,613 | $3,613 | $3,458 |
| 229A305-457 | 1Mx16 SRAM, 55ns | T+ (V Flow) | $5,900 | $5,726 | $5,553 | $5,379 | $5,206 | $5,032 | $4,859 |
| 229A305-459 | 1Mx16 SRAM, 55ns | T (Q Flow) | $5,726 | $5,553 | $5,379 | $5,206 | $5,032 | $4,859 | $4,685 |

**TERMS OF SALE**

Commercial Purchasers: Per Terms of Sale – Commercial/Domestic attached hereto, which may be modified, from time to time, by BAE SYSTEMS.

Deliveries of Product are twenty (20) weeks after receipt and acceptance of Order by BAE SYSTEMS for T and T+ Level Devices. Deliveries of Prototype and Engineering Devices shall be four (4) weeks after receipt and acceptance of Order by BAE SYSTEMS.

BAE002508



TERMS OF SALE - COMMERCIAL/DOMESTIC
(Rev. – 11/06)

Where used herein the term "BAE SYSTEMS" shall refer to BAE SYSTEMS Information and Electronic Systems Integration Inc., acting by and through BAE SYSTEMS Space Systems and Electronics; "Proposal" shall mean BAE SYSTEMS' offer letter, quotation or proposal, as appropriate; "Deliverables" shall refer to the hardware and software items and services ordered; "Order" shall refer to the agreement between the parties to which these terms pertain and "Buyer" shall denote the party placing the Order. BAE SYSTEMS' Proposal is subject in every case to the following terms and conditions.

1. **Agreement of Sale: Acceptance:** No order or agreement for the purchase from ,and sale by, BAE SYSTEMS of hardware and software items and services becomes a contract unless accepted by BAE SYSTEMS. BAE SYSTEMS' acceptance of the Order is expressly made conditional on Buyer's assent to the terms contained herein, the Proposal and any Special Conditions (if any) attached. Any terms and provisions of Buyer's purchase order or other documents which are inconsistent with the terms and conditions hereof are expressly rejected and shall not be binding upon BAE SYSTEMS. Accordingly, the terms, and conditions contained herein shall supersede any provisions, terms and conditions contained in any purchase order or other writing Buyer may have issued or may hereafter issue, and the rights of the parties shall be governed exclusively by the provisions, terms, and conditions hereof. Buyer expressly waives any rights available to it under Section 2-207 of the Uniform Commercial Code to contest the provisions of this document.

2. **Deliverables:** BAE SYSTEMS will provide the required hardware articles, software, data and/or services ("Deliverables") more fully described in the Proposal or specifications made part of the Order. Schedules and time of performance of the services and work to be performed will be as set forth in the Proposal or as mutually agreed upon, subject to availability of BAE SYSTEMS personnel. All work shall be performed at BAE SYSTEMS' facilities unless otherwise mutually agreed. Any Deliverable which consists of BAE SYSTEMS' computer programming code shall be referred to as "Software" and the Deliverable material which describes the use of the Software shall be referred to as "Software Documentation". Any such Deliverables which have been modified, enhanced, refined, altered or combined with another substance or material by Buyer shall hereafter be referred to as "Altered Goods".

3. **Delivery/Risk of Loss:** Delivery is FOB BAE SYSTEMS' facility identified in the Order or Proposal. Risk of loss will pass to Buyer upon BAE SYSTEMS' tender to Buyer's carrier at BAE SYSTEMS' facility . If Buyer fails to specify a carrier, BAE SYSTEMS will deliver to a carrier it deems most appropriate. Delivery dates quoted are BAE SYSTEMS' best estimate of the delivery schedule. BAE SYSTEMS reserves the right to substitute reasonable alternative delivery dates without liability or penalty, in the event the delay be due to fire, flood, accidents, severe weather, labor stoppages, inability to secure materials or labor, transportation difficulties, government acts or regulations, insolvency of key suppliers or other reasons beyond BAE SYSTEMS' control.

4. **Final Inspection and Acceptance:** Final inspection and acceptance shall occur at BAE SYSTEMS' facility upon satisfactory completion of acceptance testing which will be performed by BAE SYSTEMS, in accordance with BAE SYSTEMS' Test Procedures. Upon satisfactory completion of acceptance testing, a Certificate of Compliance will be executed by BAE SYSTEMS' Quality Assurance Organization and be furnished to Buyer

5.  **Prices:** Prices for the Deliverables are as set forth in the Proposal and are exclusive of any applicable federal, state or local sales, use, excise or similar taxes, however designated, levied upon, or measured by the sale, the sales price or use of Deliverables or material or services required in the performance of this Order. BAE SYSTEMS will list separately on its invoice any such taxes applicable to any such Deliverables, and payable by Buyer, unless Buyer furnishes to BAE SYSTEMS evidence of exemption (e.g., a Resale Certificate, Tax Exempt Certificate, or Direct Pay Certificate) acceptable to the taxing authority. Prices do not include any customs duties, fees or taxes, however characterized, transportation charges or insurance costs, all of which, where applicable, shall be paid by Buyer. Total Price includes license fees for all Software Deliverables. Total Price includes packaging in accordance with BAE SYSTEMS' standard commercial practice. Special packaging will be at Buyer's expense.

6.  **Payment:** Unless otherwise specified in writing by BAE SYSTEMS, terms of payment for Buyer are the earlier of net thirty (30) days from the date of invoice or upon delivery. Payment shall be in U.S. dollars, net cash, Nashua, New Hampshire. Payments are unconditional and shall be made as specified in the Order, without recourse, set off, or discount. If Buyer shall fail to make any payment in accordance with the terms and conditions hereof, BAE SYSTEMS, in addition to its other rights and remedies, may, at its option, defer shipments or deliveries hereunder, or under any other contract with Buyer. BAE SYSTEMS reserves the right to require payment before delivery if credit information on Buyer is lacking or unfavorable. Buyer will execute and furnish to BAE SYSTEMS any security interests and UCC-1 forms necessary to protect BAE SYSTEMS' interest in the Deliverables until full payment of the Total Price is made.

7.  **Buyer's Default: Termination:** Without prejudice to any other rights or remedies available to BAE SYSTEMS, BAE SYSTEMS shall have the right and option to immediately terminate this Order upon written notice to Buyer in the event of the occurrence of one or more of the following: (i) If Buyer breaches any of the terms and conditions of this Order, including but not limited to the failure to perform any obligation hereunder or make any payment due hereunder; or (ii) If Buyer shall make an assignment for the benefit of creditors, or file a petition in bankruptcy, or be adjudged bankrupt or become insolvent, or be placed in the hands of a receiver, or otherwise be involuntarily placed into bankruptcy, or otherwise have its charter of incorporation relinquished or canceled. The equivalent of any of the proceedings or acts referred to in this paragraph, though known and/or designated by some other name or term, shall likewise constitute a ground for termination of this Order. In the event of default, Buyer shall be liable to BAE SYSTEMS for all damages or losses, including loss of reasonable profits, and for costs and expenses, including attorney's fees sustained by BAE SYSTEMS.

8.  **BAE SYSTEMS Warranty:** BAE SYSTEMS warrants and represents as follows:

    (a)  Title: BAE SYSTEMS warrants that title to hardware Deliverables conveyed shall be good and that the Deliverables are free of any security interest or lien except that BAE SYSTEMS shall have a security interest in the Deliverables until the purchase price is paid in full.

    (b)  Defects in Hardware: BAE SYSTEMS warrants that, at the time of delivery, any hardware Deliverables, shall be free from defects in material and workmanship under normal usage for a period of one (1) year after delivery, but BAE SYSTEMS' sole liability under this warranty shall be limited to the repair or replacement of the Deliverables returned to BAE SYSTEMS or the refund of its price, at BAE SYSTEMS' option. Notice of any defect shall be given to BAE SYSTEMS in writing and Buyer shall prepay transportation to and from BAE SYSTEMS' plant. BAE SYSTEMS shall have no liability under Warranty for (I) Altered Goods; (ii) as to Deliverables which Buyer has not maintained in accordance with

BAE002510

BAE SYSTEMS' maintenance manuals or (iii) Deliverables that have been abused, repaired, or misused by Buyer or third parties. This warranty shall not apply to expendables and consumable parts.

 (c) Defects in Software: BAE SYSTEMS warrants that, from the date of delivery, its Software media delivered hereunder shall be free from defects in material and workmanship for a period of 90 days. BAE SYSTEMS' sole liability under this warranty shall be to replace the defective media.

 (d) Patents: BAE SYSTEMS will defend Buyer against any claim of infringement of a United States patent brought against Buyer to the extent that such claim pertains to the Deliverables acquired hereunder, provided that Buyer first gives BAE SYSTEMS prompt written notice of such claim and the right to maintain sole control of the defense and all negotiations for settlement or compromise of such claim. If a final injunction is obtained against Buyer's use of the Deliverables or portion thereof as a result of infringement of a United States patent, BAE SYSTEMS will, at its option and expense, either procure for Buyer the right to continue using the Deliverables, replace or modify them so they become noninfringing, or grant Buyer credit for the then current value of the Deliverables, or potion thereof, as mutually agreed upon and accept its return. Under the terms of this Order, BAE SYSTEMS will not accept any liability nor hold any person harmless from infringement claims relating to: (i) units, devices and Deliverables supplied by BAE SYSTEMS which have been manufactured or produced by others and which carry the original manufacturer's or producer's patent indemnification; (ii) Deliverables purchased hereunder but altered by Buyer or others; or (iii) a combination of the Deliverables hereunder and other equipment, except that BAE SYSTEMS may at its option defend such a claim of type (ii) or (iii), to the extent that such claim pertains to the Deliverables acquired hereunder. The foregoing states the entire liability of BAE SYSTEMS with respect to infringement of patents by the Deliverables or any part thereof or by their use. This patent warranty shall be inapplicable, if Deliverables are to be resold, transferred, licensed or otherwise supplied to the U. S. Government.

 (e) **EXCLUSIONS/LIMITATIONS: THE FOREGOING CONSTITUTES BAE SYSTEMS' ENTIRE WARRANTY AND BUYER'S SOLE REMEDY WITH RESPECT TO ANY DEFECT OR NONCONFORMANCE IN DELIVERABLES PROVIDED BY BAE SYSTEMS. THESE WARRANTIES AND REMEDIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR PARTICULAR PURPOSE, NON-INFRINGEMENT OR THOSE ARISING FROM COURSE OF DEALING OR USAGE IN TRADE.**

9. **Protection of BAE SYSTEMS' Intellectual Property:** Buyer acknowledges and agrees that BAE SYSTEMS has invested substantial resources in the design and development of the Deliverables provided under the Order. The Total Price set forth does not reflect the cost to BAE SYSTEMS of such design and development. BAE SYSTEMS reserves all rights to the designs of the Deliverables and to the intellectual property contained therein. Buyer's acquisition of the Deliverables under the Order shall not be construed to confer any rights upon Buyer by implication, estoppel, or otherwise as to any BAE SYSTEMS technology, trade secrets, or know-how. Buyer shall not copy, reproduce, reverse engineer, decompile, or disassemble Deliverables and/or their designs. Buyer shall not use, either directly or indirectly, in whole or in part, any trademark, service mark, trade name, corporate name, or other mark, name, title or term that is now owned, created, used or licensed by BAE SYSTEMS, or hereafter may be owned, created, used or licensed by BAE SYSTEMS (collectively, "Trade Names") except in the manner and to the extent that BAE SYSTEMS may specifically authorize in writing prior to any such use. Except as provided herein, BAE SYSTEMS does not grant to Buyer any right, title or interest in or to any software, trade secret, copyright, patent or Trade Names, all of which are exclusively owned by and reserved to BAE SYSTEMS. If this Order be placed under a U. S. Government prime contract or subcontract thereunder, then the foregoing

BAE002511

provisions shall be deemed so modified as may be necessary to comply with any mandatory contract flowdown provisions relating to U. S. Government rights in patents, copyrights, technical data or computer software.

10. **Software License:** To the extent that Software is provided as a Deliverable under this Order, it is expressly understood and agreed that Buyer has not purchased or otherwise taken title to the Software. Instead, Buyer shall receive only a limited, nonexclusive, non-transferable, indivisible, single copy, single use, perpetual object code license to use the Software only in conjunction with the Deliverables. No other use is permitted except as expressly authorized by BAE SYSTEMS in writing. Title and design rights in and to the Software and any derivative works shall remain at all times in BAE SYSTEMS. These terms shall serve as the "license" governing Buyer's use of the Software. Buyer shall accept all third party "pass through" licenses for any third party software furnished with the Deliverables.

11. **Compliance with Laws:** Buyer agrees to comply with all applicable laws, codes and regulations (including export administration regulations) and assumes the responsibility for providing and installing any and all devices for the protection of safety and health relative to the Deliverables. Buyer will not export the Deliverables outside the United States or provide them to non-U.S. citizens without first obtaining the necessary Government authorizations and export approvals.

12. **Non-Assignment:** Buyer shall not have the right, either voluntarily or by operation of law, to assign, sublicense, transfer, encumber or otherwise dispose of all or any part of its interest in this Order without the prior written consent of BAE SYSTEMS.

13. **Limitation of Liability:** BAE SYSTEMS shall not be liable to Buyer for consequential (to include lost profits and business interruption), incidental, special, punitive/exemplary damages alleged to arise from, or relate to the Deliverables and/or this Order however or whenever caused. BAE SYSTEMS' cumulative liability (if any) to Buyer for all claims of direct damage of any kind resulting from BAE SYSTEMS' performance or breach of this Order or from the Deliverables furnished hereunder shall not exceed, to the extent collected by BAE SYSTEMS, the equivalent of a refund of the Price of the Deliverable(s) which is(are) the subject of a claim.

14. **Indemnity:** Buyer shall defend, indemnify and hold harmless BAE SYSTEMS, together with its affiliated companies, and the officers, directors, employees and agents of each, from and against any and all losses, damages, liabilities, claims, demands and causes of action arising out of (1) an allegation that the use of the Deliverables, either in connection with other material or equipment, or in the operation of any process, or as used in any Altered Goods infringes any patent or other intellectual property right, (2) any allegation that the Deliverables infringe any patent or other intellectual property right, when such Deliverables were manufactured/modified pursuant to Buyer's designs, specifications and/or formulae and were not normally offered for sale by BAE SYSTEMS, (3) Buyer's failure to comply with the provisions of Paragraphs 9 or 11 herein, (4) allegations of personal injury to Buyer's employees, agents, servants and subcontractors or third parties, either arising from or relating to the Deliverables or from said person's presence on Sander's premises and/or (5) damage to property of Buyer, Buyer's employees, agents, servants and subcontractors or third parties arising from the Deliverables.

15. **Severability:** If any provision of this Order be held invalid or unenforceable, the remainder of the Order shall continue in full force and effect.

16. **Waivers:** No release, discharge or waiver of any provision hereof shall be enforceable against or binding upon either party hereto unless in writing and executed by both parties hereto. Neither the failure to

BAE002512

insist upon strict performance of any of the agreements, terms, covenants or conditions hereof, nor the acceptance of moneys due hereunder with knowledge of a breach of this Order, shall be deemed a waiver of any rights or remedies that either party hereto may have or a waiver of any subsequent breach or default in any such agreements, terms, covenants and conditions. Further, no waiver by either party of any breach or default by the other party shall constitute a waiver of any other breach or default of the same or any other provisions of this Order.

17.     **Governing Law/Forum:**  This Order shall be interpreted, construed and governed under the laws of the State of New Hampshire, excluding its choice of law rules, as applied to contracts between New Hampshire corporations entered into and fully performed in New Hampshire. Forum for any dispute shall be any court of competent jurisdiction in Hillsborough County, New Hampshire and Buyer consents to such jurisdiction.

18.     **Entire Agreement:**   This **Terms of Sale** document, together with the Proposal and Special Conditions, constitute the final, complete, and exclusive statement of all the terms of agreement between BAE SYSTEMS and Buyer. No prior oral or written agreement shall be a part of, or serve to modify, this Order. Exceptions, confirmations, purchase orders, correspondence, or invoices by Buyer which state additional or different terms shall not alter this Order in any way. Any such differing or additional terms shall be deemed material alterations within the meaning of the Uniform Commercial Code and notice of objection to any such differing or additional terms is hereby given. This Order can only be modified by a written instrument referencing this Order, denoted as an "Amendment", and executed by the parties after the effective date hereof.

BAE002513