**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**


<u>BAE Systems Information and
Electronic Systems Integration, Inc.</u>

   v.                                                  Civil No. 10-cv-370-LM

<u>SpaceKey Components, Inc.</u>


<u>**NOTICE OF RULING**</u>

   Re:  Document No. 104, Motion to Set Expert Deadlines

   Ruling: Granted in part; denied in part.  BAE's motion to set expert deadlines is granted to the extent that the parties are ordered to confer and settle upon an expert disclosure schedule and select a new trial date.  That trial date shall be the earliest possible date that will accommodate all the necessary pre-trial events, including expert disclosure by SpaceKey on or around September 7, 2012.  While the court does not condone SpaceKey's apparent repeated failure to respond to BAE in July, and is reluctant to reward that conduct, barring SpaceKey from any further expert disclosure is a harsh sanction under the circumstances of this case.  Moreover, the court recognizes the importance of a trial that includes all the relevant evidence and is not inclined to engage in the inherent complexities of a bifurcated trial.

   SO ORDERED.

                                                                            _____
                                                                            Landya B. McCafferty
                                                                            U.S. Magistrate Judge

Date: September 6, 2012

cc:  Jonathan M. Shirley, Esq.
     Jeffrey C. Spear, Esq.
     Martha Van Oot, Esq.
     Daniel E. Will, Esq.
     Joshua M. Wyatt, Esq.