UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

BAE Systems Information
and Electronics Systems
Integration, Inc.

   v.                                    Civil No. 10-cv-370-LM

SpaceKey Components, Inc.

### O R D E R

In light of the court's recent order denying SpaceKey's motion for reconsideration, nothing remains of this case other than the issues discussed in the Joint Notice of the Parties' Proposed Resolution of Remaining Issues, document no. 136, filed on May 24, 2013. The parties' proposal for resolving those issues is entirely reasonable. Within two weeks from the date of this order, the parties shall submit, by motion, a proposed order that outlines a schedule for filing the various stipulations and motions described in their Joint Notice.

   SO ORDERED.

                                    _____
                                    Landya McCafferty
                                    United States Magistrate Judge

July 19, 2013
cc:   Jonathan M. Shirley, Esq.
      Jeffrey C. Spear, Esq.
      Daniel E. Will, Esq.
      Joshua M. Wyatt, Esq.